IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

LINDA EVANS and JENNIFER BOLTON,                          PLAINTIFFS
INDIVIDUALLY

VERSUS                                    CIVIL ACTION NO. 1:23cv270TBM-RPM

NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY                                          DEFENDANT

### NOTICE OF REMOVAL

TO:    Randy Carney, Circuit Clerk
       Jackson County Courthouse
       P.O. Box 998
       Pascagoula, MS 39568

       Jason C. Webster
       Webster Vicknair MacLeod
       6200 Savoy Drive, Suite 150
       Houston, TX 77036

In accordance with 28 U.S.C. § 1332, 1441, and 1446, you are hereby notified that the

named Defendant, Nationwide Mutual Fire Insurance Company, has removed this civil action

from the Circuit Court of Jackson County, Mississippi to the United States District Court for the

Southern District of Mississippi, Southern Division, and in support hereof would show unto the

Court the following:

1.     This action was filed in the Circuit Court of Jackson County, Mississippi as Cause

No. 30CI1:23-cv-0157-KM.   Plaintiff's Complaint names Nationwide Mutual Fire Insurance

Company as the Defendant. (See Ex. "A", Complaint).

2.     There is complete diversity of citizenship between the Plaintiffs and named

Defendant, Nationwide Mutual Fire Insurance Company.   Plaintiffs are domiciled in Mississippi

at their residence in Jackson County, Mississippi, according to their Complaint. (Complaint,

para. 1).   Nationwide Mutual Fire Insurance Company is an Ohio domiciled corporation with its principal place of business and state of incorporation being Ohio. (Ex. "B", 28 U.S.C. §1746 Declaration of Mark E. Hartman).     Further, Plaintiffs allege that Nationwide is domiciled in Ohio.   (Complaint, para. 3).

Accordingly, this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

3.    The United States District Court for the Southern District of Mississippi, Southern Division, has original subject matter jurisdiction over this civil action because there is complete diversity among the parties, as noted, pursuant to 28 U.S.C. § 1332.   No party properly joined as a Defendant is domiciled in the State of Mississippi or has its principal place of business in the State of Mississippi.   This action may thus be removed to this Court under 28 U.S.C. § 1441.

4.    The amount in controversy in this civil action, exclusive of interest and costs, is in excess of the minimum jurisdictional amount of this Court, which is the sum of $75,000.00. (Complaint, para. 5 and 13, stating that Evans' Kingbridge Road Property has $101,646.82 in damages; and Bolton's Sioux Bayou Drive Property has $157,016.34 in damages, plus a claim for punitive damages).     Therefore, this Court's minimal jurisdictional threshold is satisfied for each claim.   28 U.S.C. § 1332.

5.    This Notice of Removal is timely filed because it has been filed within 30 days of the service of the Plaintiffs' complaint, on September 29, 2023.   Further, it is filed within one year of the filing of the original Complaint.   28 U.S.C. § 1446(b).

6.    This action is not one rendered non-removable by 28 U.S.C. § 1445.

7.    Copies of all process, pleadings, and orders served on the Defendant in the State Court action are attached to this Notice as Ex. "C."

8.      A copy of the Notice of Removal is being served on the Plaintiffs, by and through their attorney of record, and the Clerk of the Circuit Court of Jackson County, Mississippi.

WHEREFORE, Nationwide Mutual Fire Insurance Company, serves this Notice and hereby remove this case pursuant to 28 U.S.C. § 1332, 1441, and 1446, and Plaintiffs herein are notified to attempt to proceed no further in this case in the Circuit Court of Jackson County, Mississippi unless by Order of the United States District Court for the Southern District of Mississippi, Southern Division.

RESPECTFULLY SUBMITTED, this the 13th day of October, 2023.

NATIONWIDE MUTUAL FIRE INSURANCE
COMPANY, Defendant

BY:    CARR ALLISON, Its Counsel

BY:    */s/ Thomas L. Carpenter*
           Thomas L. Carpenter, MB #9808

Thomas L. Carpenter/MB #9808
CARR ALLISON
1319 26th Avenue
Gulfport, MS 39501
Phone: (228)-864-1060
Fax: (228)-864-9160
tcarpenter@carrallison.com

_____

3

CERTIFICATE OF SERVICE

I, THOMAS CARPENTER, of the firm of Carr Allison, do hereby certify that I have this day electronically filed, through the ECF system, the foregoing Notice of Removal, which delivered a copy of this document to counsel for Plaintiff at his usual place of business as follows:

Jason C. Webster
Webster Vicknair MacLeod
6200 Savoy Drive, Suite 150
Houston, TX 77036

THIS, the _____ day of October, 2023.

*/s/ Thomas L. Carpenter*
THOMAS L. CARPENTER